B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Cross Country Inn Investors, LLC** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Baymont Inn & Suites Columbus Airport** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2222956** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4240 International Gateway**<br>**Columbus, OH**<br>ZIP Code **43219** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**C/O Lodging First**<br>**4900 Blazer Parkway**<br>**Dublin, OH**<br>ZIP Code **43017** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **4240 International Gateway**<br>**Columbus, OH 43219** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     \*\*\* **Robert J. Morje 0020210** \*\*\*
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cross Country Inn Investors, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cross Country Inn Investors, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Robert J. Morje**
Signature of Attorney for Debtor(s)

**Robert J. Morje 0020210**
Printed Name of Attorney for Debtor(s)

**Robert J. Morje, Attorney**
Firm Name

**PO Box 6545**
**Columbus, OH 43206**

_____
Address

**Email: rmorje.attorney@gmail.com**
**614 224-8000  Fax: 614 588-8826**
Telephone Number

**December 1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter Coratola**
Signature of Authorized Individual

**Peter Coratola**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**December 1, 2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re **Cross Country Inn Investors, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Airport Garden Inn c/o Lodging First Blazer Parkway Dublin, OH 43017 | Airport Garden Inn c/o Lodging First Blazer Parkway Dublin, OH 43017 | cash advances | | 1,978.00 |
| Baymont Francise Systems Inc 14227 Collections Center Dr. Chicago, IL 60693 | Baymont Francise Systems Inc 14227 Collections Center Dr. Chicago, IL 60693 | Franchise Fees | | 75,000.00 |
| Columbia Gas Ohio Revenue Recovery 200 Civic Center Drive Columbus, OH 43215 | Columbia Gas Ohio Revenue Recovery 200 Civic Center Drive Columbus, OH 43215 | Utility Service | | 1,357.00 |
| Columbus Regional Airport Authority PO Box 360476 Columbus, OH 43236 | Columbus Regional Airport Authority PO Box 360476 Columbus, OH 43236 | Land lease | | 111,954.00 |
| Concourse Hotel Investors LLC 565 Metro Pl South # 220 Dublin, OH 43017 | Concourse Hotel Investors LLC 565 Metro Pl South # 220 Dublin, OH 43017 | services | | 781.00 |
| Delaware County Bank & Trust Co. 110 Riverbend Avenue PO Box 1001 Lewis Center, OH 43035 | Delaware County Bank & Trust Co. 110 Riverbend Avenue PO Box 1001 Lewis Center, OH 43035 | Baymont Inn & Suites, 4240 International Gateway Columbus OH 43219 | | 5,449,653.00 (1,500,000.00 secured) |
| Delaware County Bank & Trust Co. 110 Riverbend Avenue PO Box 1001 Lewis Center, OH 43035 | Delaware County Bank & Trust Co. 110 Riverbend Avenue PO Box 1001 Lewis Center, OH 43035 | Baymont Inn & Suites, 4240 International Gateway Columbus OH 43219 | | 357,000.00 (1,500,000.00 secured) (5,449,653.00 senior lien) |
| Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530 | Erie Insurance Group 100 Erie Insurance Place Erie, PA 16530 | Insurance | | 4,213.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Cross Country Inn Investors, LLC**  Case No. _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Experience Columbus<br>277 W Nationwide Blvd 125<br>Columbus, OH 43215-3014 | Experience Columbus<br>277 W Nationwide Blvd 125<br>Columbus, OH 43215-3014 | advertising | | 1,500.00 |
| Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | Guest Supply<br>PO Box 910<br>Monmouth Junction, NJ 08852 | supplies | | 832.00 |
| Hampton Inn<br>c/o Lodging First<br>4900 Blazer Parkway<br>Dublin, OH 43017 | Hampton Inn<br>c/o Lodging First<br>4900 Blazer Parkway<br>Dublin, OH 43017 | Cash advances | | 1,114.00 |
| Metro Safety and Security<br>4900 Blazer Parkway<br>Dublin, OH 43017 | Metro Safety and Security<br>4900 Blazer Parkway<br>Dublin, OH 43017 | services | | 957.00 |
| NUVOX Communications<br>PO 580451<br>Charlotte, NC 28258-0451 | NUVOX Communications<br>PO 580451<br>Charlotte, NC 28258-0451 | Services | | 735.00 |
| Ohio Bureau of Workers' Compensation<br>Attn Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Ohio Bureau of Workers' Compensation<br>Attn Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus, OH 43215-0567 | Workers' Compensation Premiums | | 8,753.00 |
| Ohio Hotel & Lodging Assoc<br>692 North High St # 212<br>Columbus, OH 43215-1564 | Ohio Hotel & Lodging Assoc<br>692 North High St # 212<br>Columbus, OH 43215-1564 | dues | | 552.00 |
| Peabody Landscape Group<br>2253 Dublin Road<br>Columbus, OH 43228 | Peabody Landscape Group<br>2253 Dublin Road<br>Columbus, OH 43228 | services | | 5,139.00 |
| SA Communale<br>2900 Newpark Drive<br>PO 150<br>Barberton, OH 44203-1050 | SA Communale<br>2900 Newpark Drive<br>PO 150<br>Barberton, OH 44203-1050 | services | | 547.00 |
| Sysco Central Ohio<br>PO Box 44466<br>Columbus, OH 43204 | Sysco Central Ohio<br>PO Box 44466<br>Columbus, OH 43204 | supplies | | 856.00 |
| Women of Faith<br>820 West Spring Creek ste 400<br>Plano, TX 75023 | Women of Faith<br>820 West Spring Creek ste 400<br>Plano, TX 75023 | advertising | | 479.00 |
| World Cinemas Inc<br>9801 Westheimer<br># 409<br>Houston, TX 77042-3953 | World Cinemas Inc<br>9801 Westheimer<br># 409<br>Houston, TX 77042-3953 | services | | 4,588.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Cross Country Inn Investors, LLC**  
                                              Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 1, 2010**           Signature  **/s/ Peter Coratola**  
                                                **Peter Coratola**  
                                                **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Ohio

In re   **Cross Country Inn Investors, LLC**                ,   Case No. _____

                                    Debtor

                                                                Chapter                **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bernice F. Gilmore Trust**<br>**304 Flintwood Drive**<br>**Marietta, OH 45750** | **Member** | **5.13%** | **LLC** |
| **Bonnie H Brown Trust**<br>**8200 Crossgate Ct N**<br>**Dublin, OH 43017** | **Member** | **7.70%** | **LLC** |
| **Feldman, Richard and Deborah**<br>**14 Island Rock**<br>**Plymouth, MA 02360** | **Member** | **3.42%** | **LLC** |
| **George Younce Family Trust**<br>**c/o Gina Eroskey**<br>**3685 N. Santom Road**<br>**Stow, OH 44224** | **Member** | **3.42 %** | **LLC** |
| **Jeanne Larson**<br>**2751 Zollinger Road**<br>**Columbus, OH 43221** | **Member** | **3.42 %** | **LLC** |
| **Jeffrey L. Gilmore Trust**<br>**304 Flintwood Drive**<br>**Marietta, OH 45750** | **Member** | **3.42%** | **LLC** |
| **John Jones**<br>**1775 Westward Dr**<br>**Wadsworth, OH 44281** | **Member** | **5.13%** | **LLC** |
| **Knolleman- Wade Holding LLC**<br>**Trey Knolleman**<br>**PO Box 20654**<br>**Columbus, OH 43220** | **Member** | **8.56%** | **LLC** |
| **Mark Lampie**<br>**281 Fox Hill Street**<br>**Westwood, MA 02090** | **Member** | **8.56 %** | **LLC** |
| **MERCO Investments LTD./ Dr M. Ruff**<br>**5105 Squirrel Bend**<br>**Columbus, OH 43220** | **Member** | **4.89%** | **LLC** |
| **Nancy Dusckas**<br>**2607 Buffalo Road**<br>**Erie, PA 16510** | **Member** | **1.71%** | **LLC** |

   **1**   continuation sheets attached to List of Equity Security Holders

In re   **Cross Country Inn Investors, LLC**                                    ,   Case No. _____
                                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Olson, Sandra/ Jim**<br>**2170 North Hametown Rd**<br>**Bath, OH 44210** | **Member** | **6.87 %** | **LLC** |
| **RJ Equity Ent. LLC/ John Kackloudis**<br>**1122 Worthington Hts. Blvd**<br>**Columbus, OH 43235** | **Member** | **1.71%** | **LLC** |
| **Ronald B. Gravey Revocable Trust**<br>**5900 Tarton Circle**<br>**Dublin, OH 43017** | **Membership** | **18.95 %** | **LLC** |
| **Sue Perry**<br>**4233 Trails End Drive**<br>**Dayton, OH 45429** | **Member** | **5.13%** | **LLC** |
| **Visiliki Lafogiannis**<br>**8204 Addinston Ct**<br>**Dublin, OH 43017** | **Member** | **5.13 %** | **LLC** |
| **Wachovia Securities FBO**<br>**R Thomas Perry, DDS 401K**<br>**7495 Paragon Road**<br>**Dayton, OH 45459** | **Member** | **6.85 %** | **LLC** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 1, 2010**                    Signature **/s/ Peter Coratola**
                                                          **Peter Coratola**
                                                          **Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                    18 U.S.C §§  152 and 3571.

Sheet  **1**  of  **1**  continuation sheets attached to the List of Equity Security Holders

Airport Garden Inn
c/o Lodging First
Blazer Parkway
Dublin, OH 43017

BAYCO Associates LLC, Receiver
c/o 1628 JFK Blvd Suite 2300
Philadelphia, PA 19103

Baymont Francise Systems Inc
14227 Collections Center Dr.
Chicago, IL 60693

Choicepoint
PO Box 934899
Atlanta, GA 31193-4899

Columbia Gas Ohio
Revenue Recovery
200 Civic Center Drive
Columbus, OH 43215

Columbus Regional Airport Authority
PO Box 360476
Columbus, OH 43236

Comfort Suites
555 Metro Place S 220
Dublin, OH 43017

Concourse Hotel
4300 International Gateway
Columbus, OH 43219

Concourse Hotel Investors LLC
565 Metro Pl South # 220
Dublin, OH 43017

Deborah Graft
1123 Worthington Heights
Columbus, OH 43235

Delaware County Bank & Trust Co.
110 Riverbend Avenue
PO Box 1001
Lewis Center, OH 43035

Erie Insurance Group
100 Erie Insurance Place
Erie, PA 16530

Experience Columbus
277 W Nationwide Blvd 125
Columbus, OH 43215-3014

Frederick J. Graft
1123 Worthington Heights
Columbus, OH 43235

Global Touch
DBA Guest Wi Fi
135 West 70th Street Ste 1A
New York, NY 10023

Grate, Jeff
Baymont Inn & Suites
4240 International Gateway
Columbus, OH 43219

Guest Supply
PO Box 910
Monmouth Junction, NJ 08852

Hampton Inn
c/o Lodging First
4900 Blazer Parkway
Dublin, OH 43017

HD Supply Facilities Mgmt
PO Box 509058
San Diego, CA 92150-9058

Lodgenet
PO Box 952141
Saint Louis, MO 63195-2141

Lodging First  LLC
4900 Blazer Parkway
Dublin, OH 43017

Marcomet
PO Box 368
Tranquility, NJ 07879

Matthew R. Studer
4181 Kenny Rd
Columbus, OH 43220

McDonald's Restaurant
One McDonald's Plaza
Oak Brook, IL 60523

Metro Safety and Security
4900 Blazer Parkway
Dublin, OH 43017

NUVOX Communications
PO 580451
Charlotte, NC 28258-0451

Ohio Attorney General-Rev Rec
Attn: Bankruptcy Staff
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Bureau of Workers' Compensation
Attn Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Commerce
PO Box 4009
Reynoldsburg, OH 43068-9009

Ohio Hotel & Lodging Assoc
692 North High St # 212
Columbus, OH 43215-1564

One Communications
PO Box 415721
Boston, MA 02241-5721

Orkin Exterminating
PO Box 1501
Atlanta, GA 30301

Peabody Landscape Group
2253 Dublin Road
Columbus, OH 43228

Peter R. Coratola
8830 Strasbourg Ct
Dublin, OH 43017

Quill Corp
PO Box 37600
Philadelphia, PA 19101-0600

Republic Waste Services
PO Box 9001831
Louisville, KY 40290-1831

RK Pool Services
2899 A Johnstown Rd
Columbus, OH 43219

SA Communale
2900 Newpark Drive
PO 150
Barberton, OH 44203-1050

Staples
Dpt DET
PO 83689
Chicago, IL 60696-3689

Sysco Central Ohio
PO Box 44466
Columbus, OH 43204

Terri A. Coratola
8830 Strasbourg Ct
Dublin, OH 43017

Women of Faith
820 West Spring Creek ste 400
Plano, TX 75023

World Cinemas Inc
9801 Westheimer
# 409
Houston, TX 77042-3953

# United States Bankruptcy Court
## Southern District of Ohio

In re **Cross Country Inn Investors, LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cross Country Inn Investors, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 1, 2010**  
Date

**/s/ Robert J. Morje**  
**Robert J. Morje 0020210**  
Signature of Attorney or Litigant  
Counsel for **Cross Country Inn Investors, LLC**  
**Robert J. Morje, Attorney**  
**PO Box 6545**  
**Columbus, OH 43206**  
**614 224-8000 Fax:614 588-8826**  
**rmorje.attorney@gmail.com**